UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-50161 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| MELVIN LEE MAYS | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM RULING

Before the Court is a motion by Petitioner Melvin Lee Mays ("Mays") for a reduction of sentence pursuant to 18 U.S.C. § 3582. Record Document 164. For the reasons set forth below, Mays's motion [Record Document 164] is **DENIED**.

## Background

On March 10, 2005, Mays was found guilty on five counts, including: (1) possession with intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 ("Count One"); (2) possession with intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 ("Count Two"); (3) possession of a firearm during a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A) ("Count Three"); (4) possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1) ("Count Four"); and (5) possession of body armor, in violation of 18 U.S.C. § 931 ("Count Five"). Record Document 46.

Mays was sentenced to life imprisonment as to Count One, twenty years imprisonment as to Count Two, ten years imprisonment as to Count Four, and three years

imprisonment as to Count Five, all to run concurrently; he was also sentenced to sixty months as to Count Three, to run consecutively. *See* Record Document 61 at 2-3. Mays was sentenced to a total of a life term of imprisonment, plus sixty months, and ten years of supervised release. *See id.*

In the instant motion, Mays argues he is entitled to a two-level reduction in his offense level such that he should be resentenced as to Count One pursuant to Section 404 of the First Step Act, United States Sentencing Commission Amendment 782, and other changes in law. *See* Record Document 164.

## Law & Analysis

Mays is not entitled to relief because the Court has previously considered, and ruled upon, motions pursuant to each basis for a reduction that Mays raises. In 2017, the Court denied Mays's motion for relief under Amendment 782. Record Document 125. In 2021, the Court granted Mays's motion for relief under Section 404 of the First Step Act. *See* Record Documents 139, 140 & 147. In granting Mays's motion, the Court reduced Mays's sentence as to Count One from life to twenty years of imprisonment.[1] *See id.* This resulted in a total sentence of twenty-five years of imprisonment and eight years of supervised release. *See* Record Document 147.

---

[1] In considering the motion, the Court reviewed the Probation Office's worksheet detailing whether Mays was entitled to relief under Amendment 782. *See* Record Document 133-1 at 4. The report noted that Mays's original Guideline range was life plus 60 months to run consecutively. *Id.* at 3. His amended Guideline range under Amendment 782 was 360 months to life plus 60 months to run consecutively. *Id.* at 4. The Court notes that Mays's recalculated sentence is less than his revised Guideline range under Amendment 782.

Mays has also previously moved for a reduction of sentence pursuant to Amendment 821. Record Document 151. The Court found Mays was not entitled to relief. *See* Record Document 161. As the Court previously explained, under Amendment 821, Mays would have received only one (1) additional status point instead of two (2) for committing his crime while on a criminal justice sentence. However, Mays is not entitled to relief because he is a career offender. *See id.* at 1. Accordingly, his criminal history category remains a category of VI—regardless of the one-point reduction in his criminal history points. *See* U.S.S.G. § 4B1.1(b).

In sum, Mays has already filed motions for the relief he requests in the instant motion, and the Court has ruled on each of those motions. Therefore, he is not entitled to any additional relief.

## Conclusion

For the reasons assigned herein, Mays's motion [Record Document 164] is hereby **DENIED**.

**THUS DONE AND SIGNED** this 3rd day of February, 2025.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE